United States Bankruptcy Court
District of Arizona

In re:  
SAMANTHA A SKATES  
    Debtor

Case No. 22-00693-BMW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-4     User: admin     Page 1 of 2  
Date Rcvd: Feb 14, 2022     Form ID: nch13pln     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SAMANTHA A SKATES, 7577 W. WINCHESTER EASEMENT, WILLCOX, AZ 85643-3792 |
| 16635373 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |
| 16635374 | + | Capital Bank N.A., One Church Street, Suite 100, Rockville MD 20850-4190 |
| 16635381 | + | General Business Recoveries, Attn: Bankruptcy Dept, Po Box 41960, Tucson AZ 85717-1960 |
| 16635385 | + | Pioneer Title Aka Mr. and Mrs. Bee, 2700 E Fry BLVD STE A9, Sierra Vista AZ 85635-2827 |
| 16635386 | + | WW Services LLC, PO Box 850, Willcox AZ 85644-0850 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Feb 15 2022 02:11:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16635372 | + | Email/Text: backoffice@affirm.com | Feb 15 2022 02:11:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh PA 15212-5862 |
| 16638082 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 15 2022 02:11:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD, SOUTHFIELD , MI 48034 |
| 16635375 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2022 02:10:26 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 16635376 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 15 2022 02:11:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield MI 48034-8331 |
| 16635378 | + | Email/Text: opportunitynotices@gmail.com | Feb 15 2022 02:11:00 | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E Randolph St, Ste 3400, Chicago IL 60601-6379 |
| 16635377 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 15 2022 02:11:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 16635379 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 15 2022 02:10:43 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 16635380 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 15 2022 02:11:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta GA 30348-5555 |
| 16635382 | + | Email/Text: mmrgbk@miramedrg.com | Feb 15 2022 02:11:00 | Miramed Revenue Group, Attn: Bankruptcy, 360 E. 22nd Street, Lombard IL 60148-4924 |
| 16635384 | + | Email/PDF: cbp@onemainfinancial.com | Feb 15 2022 02:10:42 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville IN 47731-3251 |
| 16635383 | + | Email/PDF: cbp@onemainfinancial.com | Feb 15 2022 02:10:38 | OneMain Financial, Po Box 1010, Evansville IN 47706-1010 |

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2022  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DIANNE C. KERNS | mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com |
| EMILY ELIZABETH ZOBEL | on behalf of Debtor SAMANTHA A SKATES ezobel@majorslawgroup.com ecfnotice@majorslawgroup.com,majorsdr89540@notify.bestcase.com,jocelyn@majorslawgroup.com,dominic@majorslawgroup.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:22−bk−00693−BMW

SAMANTHA A SKATES  Chapter: 13
7577 W. WINCHESTER EASEMENT
WILLCOX, AZ 85643
SSAN: xxx−xx−1063
EIN:

Debtor(s)

### NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1. Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| Address of Trustee | DIANNE C. KERNS<br>31 N. 6TH AVENUE<br>#105−152<br>TUCSON, AZ 85701 |
| Address of Debtor(s) | SAMANTHA A SKATES<br>7577 W. WINCHESTER EASEMENT<br>WILLCOX, AZ 85643 |
| Address of Debtor(s) Attorney | EMILY ELIZABETH ZOBEL<br>MAJORS LAW GROUP PC<br>4667 S LAKESHORE DR STE 5<br>TEMPE, AZ 85282 |

− − − NOTICE CONTINUES ON NEXT PAGE − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: February 14, 2022

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704<br>Telephone number: (520) 202−7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |